UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: Steven Schroeder Individually and as the Personal Representative of the Estate of Decedent Elizabeth Schroeder | MDL No. 2738 (FLW) (LHG) |

**SHORT FORM COMPLAINT
AND JURY DEMAND**

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

# IDENTIFICATION OF PARTIES

**Identification of Plaintiff(s)**

1. Name of individual injured due to the use of talcum powder product(s): Elizabeth Schroeder.

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of Spokane, Washington.

3. Consortium Claim: The following individual(s) allege damages for loss of consortium: N/A

4. Survival and/or Wrongful Death Claims:

    Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: Elizabeth Schroeder 13011 E. 27th Ave. Spokane Valley, WA 99216

5. Plaintiff/Decedent was born on 01/04/1936 and died on 04/22/2015.

6. Plaintiff is filing this case in a representative capacity as the Co-Personal Representative of the Decedent Elizabeth Schroeder having been duly appointed as the Personal Representative by the Superior Court of Washington, County of Spokane

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

_____ injury to herself

__X__ injury to the person represented

__X__ wrongful death

__X__ survivorship action

_____ economic loss

__X__ loss of services

_____ loss of consortium

__X__ other: Pain and Suffering, Mental Anguish

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s)(please check all that apply)[1]:

☑ Johnson & Johnson

☑ Johnson & Johnson Consumer Inc.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

☐ Imerys Talc America, Inc. ("Imerys Talc")

☐ Personal Care Products Council ("PCPC")

**Additional Defendants:**

☑ Other(s) Defendant(s) (please specify): Kenvue, Inc. and LTL Management, LLC

## JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

   ☑ Diversity of Citizenship

   ☐ Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure). \_\_\_\_\_

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial:

Western District of Texas

## CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside(s) in (City, State): Copperas Cove, Texas.

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State): Spokane, Washington.

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State): Spokane, Washington on 09/13/2001 (date).

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: 1959 and continued the use of talcum powder product(s) through about the following date: 2015.

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following State(s): MO,WI,TX,WA.

16. Plaintiff/Decedent used the following talcum powder products:

    ☑ Johnson & Johnson's Baby Powder

    ☑ Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

- [✓] Count I: Products Liability – Strict Liability – Failure to Warn (Against LTL Management, LLC)

- [✓] Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

- [✓] Count III: Products Liability – Strict Liability – Failure to Warn (Against Kenvue, Inc.)

- [✓] Count IV: Products Liability – Strict Liability – Defective Manufacturer and Design (Against LTL Management, LLC)

- [✓] Count V: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

- [✓] Count VI: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Kenvue, Inc.)

- [✓] Count VII: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

- [✓] Count VIII: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

- [✓] Count IX: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

- [✓] Count X: Negligence (Against LTL Management, LLC)

- [✓] Count XI: Negligence (Against the Johnson & Johnson Defendants)

- [✓] Count XII: Negligence (Against Kenvue, Inc.)

- [✓] Count XIII: Negligent Misrepresentation (Against the Johnson &

Johnson Defendants)

☑ Count XIV: Fraud (Against the Johnson & Johnson Defendants)

☑ Count XV: Fraud (Against LTL Management, LLC)

☑ Count XVI: Fraud (Against Kenvue, Inc.)

☑ Count XVII: Violation of the State Consumer Protection Laws of the State of Texas (Against the Johnson & Johnson Defendants)

☑ Count XVIII: Fraudulent Concealment (Against LTL Management, LLC)

☑ Count XIX: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

☑ Count XX: Fraudulent Concealment (Against Kenvue, Inc.)

☑ Count XXI: Civil Conspiracy (Against All Defendants)

☐ Count XXII: Loss of Consortium (Against All Defendants)

☑ Count XXIII: Punitive Damages (Against All Defendants)

☑ Count XXIV: Discovery Rule and Tolling (Against All Defendants)

☑ Count XXV: Wrongful Death (Against All Defendants)

☑ Count XXVI: Survival Action (Against All Defendants)

☐ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements

of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

### JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: 09/09/2023

Respectfully Submitted by,

/S/ John Raggio
**John Raggio**
Texas Bar No. 24041739
jraggio@NTrial.com
**Majed Nachawati**
Texas Bar No. 24038319
mn@NTrial.com

**Nachawati Law Group**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR PLAINTIFF**